# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MAURICE GRAYTON, | Case No.: 17-CV-445-CAB-JMA |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** |
| v. | [Doc. No. 12] |
| STATE OF CALIFORNIA, COMMITTEE OF BAR EXAMINERS et al., | |
| Defendants. | |

Having considered Plaintiff's motion requesting the Court dismiss the complaint without prejudice [Doc. No. 12], and good cause appearing, the Court **GRANTS** the motion. Accordingly, this Court **DISMISSES WITHOUT PREJUDICE** all complaints and claims in this action. The Clerk of the Court shall close this case.

It is **SO ORDERED**.

Dated: June 29, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge